UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

MICHAEL D. BYARS,

    Plaintiff,

v.

WILLIAM MURWIN, *et al.*,

    Defendants.

CASE NO.: 3:14-00075-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #8) entered on February 18, 2014, in which the Magistrate Judge recommends that the Court allow some claims against defendants to proceed, some claims be dismissed with leave to amend, and other claims be dismissed without leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #8). [1]

IT IS SO ORDERED this 20TH day of March, 2014.

                                          ROBERT C. JONES
                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court notes however, whether Plaintiff's § 1983 claims are *Heck*-barred remains to be briefed, and this issue may well cause the dismissal of all Plaintiff's federal claims.
    In the event Plaintiff's federal claims are dismissed as *Heck*-barred, the Court would be inclined to dismiss the supplemental, state-law assault claim embraced in Count 2.